UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 73.41.53.81.<br><br>Defendant. | No. 2:18-cv-01677-MCE-CKD<br><br><br>ORDER TO SHOW CAUSE |

Plaintiff filed this matter on June 7, 2018, alleging that it holds the copyright on various adult films, and that defendant is infringing on those copyrights by anonymously downloading and distributing Strike 3's films to others, using the BitTorrent protocol. (ECF No. 1 at 1–2.) Plaintiff could only identify defendant by his or her IP address, through which defendant downloads and distributes the films. (Id.)

To acquire defendant's true name and address, plaintiff filed an ex parte application to serve a third-party subpoena on defendant's internet service provider. (ECF No. 6.) The court granted this request on July 24, 2018, subject to certain limitations and conditions. (ECF No. 7.) Specifically, once plaintiff learned defendant's true identity, plaintiff was to serve that person or entity a copy of the court's order. (Id. at 5.) Within 45 days of July 24, 2018, plaintiff was to notify the court that service had been so completed, and whether defendant agreed to attend an

1

informal chambers conference before Magistrate Judge Gregory G. Hollows.  (Id.)

More than 45 days later, on October 10, 2018, plaintiff notified the court that it

> sent the individual identified by the ISP a copy of the Court's July 24, 2018 Order on September 26, 2018 via certified mail.  On September 29, 2018, USPS attempted delivery.  Although no one was present to sign the return receipt, a notice was left at the door.  A USPS employee will attempt to redeliver the Order on October 11, 2018.

(ECF No. 8 at 1–2.)

Plaintiff has failed to file anything further in this matter.  Moreover, plaintiff did not request an extension of time in its October 10, 2018 status report, even though the court-set deadline had already passed.

Eastern District Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Accordingly, IT IS HEREBY ORDERED that:

1. Within 14 days of this order, plaintiff shall SHOW CAUSE in writing why the court should not impose sanctions based upon its failure to follow the court's previous order.

Dated:  November 9, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE